RECEIVED
JUL 30 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

**Complaint for a Civil Case**

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) Kierra Martin K.B

v.

Case No.
(to be assigned by Clerk of District Court)

Plaintiff requests trial by jury:
☑ Yes ☐ No

(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.) Legal Services- Eastern MO.

## CIVIL COMPLAINT

*NOTICE:*

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Kierra Shanta Martin
- Street Address: General delivery
- City and County: St. Louis, MO
- State and Zip Code: MO, 63166
- Telephone Number:
- E-mail Address: KierraMartin716@yahoo.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

- Name: Legal Services-Eastern, MO Inc
- Job or Title:
- Street Address: 4232 Forest Park
- City and County: St. Louis
- State and Zip Code: MO 63108
- Telephone Number: 1800-444-0514
- E-mail Address:

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

A. **Federal question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Legal malpractice, Negligence, Professional misconduct.

B. **Suit against the Federal Government, a federal official, or federal agency**

List the federal officials or federal agencies involved, if any. NA

C. **Diversity of Citizenship**

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1. The Plaintiff(s)

    The plaintiff, *(name)* Kierra Martin, is a citizen of the State of *(name)* Missouri.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

2. The Defendant(s)

If the defendant is an individual

    The defendant, *(name)* _____, is a citizen

    of the State of *(name)* _____ Or is a citizen

    of *(foreign nation)* _____ .

If the defendant is a corporation

    The defendant, *(name)* _____ .

    is incorporated under the laws of the State of *(name)*

    _____, and has its principal place of

    business in the State of *(name)* _____ Or

    is incorporated under the laws of the State of *(foreign nation)*

    _____, and has its principal place

    of business in *(name)* Legal Services - Eastern MO, Inc.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.) Robert Sweigamt

3. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

4

### III. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you? Attorney had all my proof I called several time he said
2. When did it happen? he will huddle and he just put it to the side I never heard back 2018
3. Where did it happen? St. Louis County
4. What injuries did you suffer? Lost of my child place damage of my name
5. What did each defendant personally do, or fail to do, to harm you?

They didn't do any thing. They were supposed to file an tort claim on my behalf and I never heard back, they file for other parties and not me and I stated that were mea my child stay. and need to get that false judgemen off my name negligence.

### IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

5

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☑   No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☑   No ☐

Do you claim punitive monetary damages?

Yes ☑   No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages. 500,000

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this July day of 30, 20 21.

Signature of Plaintiff(s) _____

6